Jacob H. Snyder, Respondent, v. Hygeia Refrigerating Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Lake Erie Seed Company, Appellant, v. New York, Chicago and St. Louis Railroad Company, Respondent. Lake Erie Seed Company, Appellant, v. Western New York and Pennsylvania Railroad Company and Pennsylvania Railroad Company, Respondents.— Judgment in each case affirmed, with one bill of costs. All concurred.

Julia M. A. Mandery, Appellant, v. Joseph J. Mandery, Respondent.— Judgment affirmed, with costs. All concurred.

Bertha L. Bolton, Appellant, v. Albert J. Bolton, Respondent.— Judgment affirmed, without costs. All concurred.

Virginia State Insurance Company, Respondent, v. American Fidelity Company, Appellant.— Judgment affirmed, with costs. All concurred.

Gertrude Lewis Decker, Appellant, v. Henry Harrison, Respondent, Impleaded with Another.— Judgment affirmed, with costs. All concurred.

In the Matter of the Application of Philip Pirson, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 13559, Transferred to John Schuster, Appellant, etc.— Order affirmed, with costs. All concurred.

Frank Nappa, Respondent, v. The Erie Railroad Company, Appellant.— Judgment affirmed, with costs, upon the opinion of Kruse, J., on former appeal in same case, reported at 155 Appellate Division, 9. All concurred, except Foote, J., who dissented.

William A. Hart, Respondent, v. Genesee Valley Trust Company, as Executor, etc., Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the record being silent as to proof that the river bank is included within the "Bygrave Homestead" contracted for, the trial court erred in submitting the consideration of such river bank to the jury as an element of damage to be considered by them. All concurred; Foote, J., not sitting.